U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 6 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| WILLIE B. PATRICK, JR. | CIVIL ACTION NO. 09-0227 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ROYCE TONEY | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 3] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Writ of Mandamus Expedited [Doc. No. 1] is DENIED and DISMISSED for failing to state a claim for which relief may be granted.

IT IS FURTHER ORDERED that the Writ of Mandamus Expedited, to the extent that it may be construed as a petition for temporary restraining order or preliminary injunction filed pursuant to 42 U.S.C. §1983, is DENIED.

MONROE, LOUISIANA, this 6 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE